■ In the Matter of Arbitration between ALLSTATE INSURANCE COMPANY, Appellant, and ANDREW PITTERS, Respondent. [595 NYS2d 314] —Order and judgment (one paper), Supreme Court, New York County (Martin Stecher, J.), entered on or about September 16, 1992, denying petitioner's application to stay arbitration of a uninsured motorist claim, unanimously affirmed, with costs.

Respondent's proof of mailing of the notice of cancellation was sufficient to show that the notice was sent to the insured's address as shown on the policy (Vehicle and Traffic Law § 313 [1] [a]). Petitioner's argument that the insurer of the offending vehicle did not comply with the cancellation requirements of the New York Automobile Insurance Plan was not asserted before the IAS Court, and thus cannot be asserted on appeal (Matter of Hartford Ins. Co. [Aquaviva], 179 AD2d 546). Concur—Rosenberger, J. P., Ellerin, Ross, Asch and Kassal, JJ.

■ In the Matter of JAMES P. REGAN, a Disbarred Attorney. [596 NYS2d 675] —Petitioner's motion granted only to the extent of confirming the Hearing Panel's report insofar as it recommends denial of reinstatement at this time, and respondent's cross-motion granted only to the extent of permitting respondent to reapply for reinstatement forthwith. Concur—Sullivan, J. P., Milonas, Ross, Kassal and Rubin, JJ.

■ In the Matter of PATRICK J. CUNNINGHAM, a Disbarred Attorney, for Reinstatement. [596 NYS2d 674] —Petition granted to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Carro, J. P., Wallach, Kupferman and Kassal, JJ.